UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Goichman</u>

          v.               Civil No. 10-cv-79-PB

<u>State of New Hamphire</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 1, 2010, no objection having been filed, for the reasons set forth therein. The case is hereby dismissed in its entirety.

      SO ORDERED.

October 25, 2010                              <u>/s/ Paul Barbadoro</u>
                                                           Paul Barbadoro
                                                           United States District Judge

cc:     Daniel Goichman, pro se
          Nancy Smith, Esq.