```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Daniel Goichman

    v.                          Civil No. 10-cv-79-PB

State of New Hampshire


    Re: Document No. 12, Motion

    Ruling: Plaintiff's untitled motion was received on November 1, 2010 (doc. no. 12).  While not clear, it appears to ask for additional time to object to the Magistrate Judge's Report and Recommendation (doc. no. 6) based on the fact that the plaintiff had changed his residence and did not timely receive the Report and Recommendation, thus depriving him of the opportunity to file an objection within 14 days after receipt of that order.  After the court had approved that Report and Recommendation, the plaintiff in fact filed an untimely objection on October 28, 2010 (doc. no. 11).  In its order reaffirming its approval of the Report and Recommendation, the court noted that it treated that objection as timely filed and rejected his arguments on the merits.  Thus, as the court has already given the plaintiff leave to file an untimely objection to the Report and Recommendation, the current request for leave to file an objection based on untimely receipt of the Report

and Recommendation is denied as moot.

So ordered.

November 3, 2010                              /s/ Daniel J. Lynch
                                              Daniel J. Lynch
                                              Magistrate Judge

cc:  Daniel Goichman, pro se
     Nancy Smith, Esq.